# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160661(38)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CLEOPHAS ANDREW BROWN,
      Defendant-Appellant.

_____/

SC: 160661
COA: 348079
Oakland CC: 2018-266476-FH

By order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The brief will be accepted as timely filed if submitted on or before August 17, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2020



Clerk